STATE OF CONNECTICUT *v.* KENNETH FOWLER

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 154 (AC 25185), is denied.

*Carlos E. Candal,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided October 10, 2007